Furtek *v.* West Deer Township, Appellant.

Argued November 11, 1959. Before GUNTHER, WRIGHT, WOODSIDE, ERVIN, and WATKINS, JJ. (RHODES, P. J., and HIRT, J., absent).

*Sylvan Libson,* with him *Max O. Siegel,* and *Richard M. Moss,* for appellant.

*Zeno Fritz,* for appellees.

OPINION PER CURIAM, December 17, 1959:

The order of the Court of Common Pleas of Allegheny County is affirmed on the opinion of Judge SOFFEL for the court below reported at 19 Pa. D. & C. 2d 169.